PLANTERS STORES CO. v. ANNA BULLOCK ET AL.

(Filed 29 September, 1920.)

**Judgments—Appeal and Error—Reformation of Judgment—Supplies Furnished—Mortgages, Chattel—Collateral Security—Husband and Wife.**

When a man and his wife have executed a chattel mortgage as collateral security for supplies furnished the husband during 1915, she is liable only for the supplies furnished for that year, and not the preceding one; and where judgment has been rendered, in an action upon the note and mortgage, subjecting the collateral in part to the payment for the supplies for the preceding year, and error has been committed as shown by the facts and figures ascertained, the judgment appealed from will be reformed accordingly.

APPEAL by plaintiff from *Bond, J.,* at the September Term, 1920, of VANCE.

This is an action on a note for $500 secured by chattel mortgage.

The defendants admitted the execution of .the note and mortgage, but contended that they were given as collateral to secure an account for. supplies for 1915.

The male defendant owed a balance on account for 1914.

There was a verdict and judgment for the defendants, and the plaintiff appealed, relying principally on the position that there is no evidence to support the claim of defendants.

*T. T. Hicks for plaintiff.*
*J. C. Kittrell and Thomas M. Pittman for defendants.*

PER CURIAM. The evidence is meager, but we cannot say there is none in support of the contention of the defendants.

It appears, however, from the record that there is error in the amount recovered by the defendant, and the judgment must be reformed.

The total account for 1914 and 1915 is $652.39, of which $410.16 is for 1914, and $242.23 for 1915.

The female defendant is, on the verdict, only liable for the account of 1915.

The total payments made are $315.22, but of this sum $125 should be applied to the account of 1914, because the proceeds of the sale of a horse conveyed by mortgage to secure that account, which would leave $190.22, to be applied to the account of 1915, leaving $52.01 due on that account, which, when deducted from the two sums of $290 and $40.69, aggregating $330.69, recovered by the defendant, gives as the true amount of the judgment $280.68.

Let the judgment be reformed accordingly.

The costs of the appeal will be divided.

Modified and affirmed.